BEATRICE GREENE, Respondent, v. FRED BOWERS et al., Appellants. (Action No. 1.) FRED I. DANNENBERG, Respondent, v. BEATRICE GREENE, Defendant, and FRED BOWERS, Appellant. (Action No. 2.) — Actions to recover for personal

injuries and property damage arising out of the collision of two automobiles. Order granting reargument and on reargument vacating a prior decision and denying a motion to consolidate the actions, made by the appellant in Action No. 2, insofar as appealed from, affirmed, with $10 costs and disbursements to respondent Greene, payable by appellants Bowers and Elener. No opinion. Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ., concur.